JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

YAZAN RADDAH,

              Petitioner,

              v.

JAIME RIOS, Acting Field Office Director, Los Angeles Field Office, et al,

              Respondents.

Case No. 5:26-cv-02670-DTB

**J U D G M E N T**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued requiring Respondents to immediately release Petitioner, Yazan Raddah (A 249-251-466), from custody and reinstating his previous conditions of supervision, returning of all his property confiscated from him during his arrest and processing into detention. Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community. Respondents shall file a status

1

report within two (2) business days to confirm that Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corpus.

DATED: June 1, 2026

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE